| | | |
|---|---|---|
| **UNITED STATES DISTRICT COURT** | | **SOUTHERN DISTRICT OF TEXAS** |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | CRIMINAL ACTION H-16-436 |
| | § § § | **Sealed** Public and unofficial staff access to this instrument are prohibited by court order. |
| KARINA DEL CARMEN NUNEZ-ARIAS | § | |

## Order

The Government's unopposed motion to unseal (Dkt. 18) is GRANTED. It is therefore ORDERED that the docket in the above-captioned case shall be unsealed and made publicly available;

It is further ORDERED that the criminal information [Dkt. 1] and preliminary order of forfeiture and order imposing money judgment [Dkt. 12] previously filed in this case under seal shall be unsealed;

It is further ORDERED that the plea agreement [Dkt. 11], prior motion to seal [Dkt. 2], and order to seal [Dkt. 9] shall remain under seal.

Signed at Houston, Texas on June 21, 2017.

Gray H. Miller
United States District Judge